

# United States District Court
# Eastern District of California

| Nicole Hickcox | Case Number: 2:22-cv-00437-TLN-KJN |
|---|---|
| Plaintiff(s) | |
| V. | |
| Rocket Mortgage, LLC | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Linda J. Knight hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Rocket Mortgage, LLC

On 10/22/2007 (date), I was admitted to practice and presently in good standing in the Supreme Court of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/29/2022    Signature of Applicant: /s/ Linda J. Knight

---

U.S. District Court – Pro Hac Vice Application    Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Linda J. Knight |
| Law Firm Name: | Spencer Fane LLP |
| Address: | 1700 Lincoln Street, Suite 2000 |
| City: | Denver      State: CO    Zip: 80203 |
| Phone Number w/Area Code: | (303) 839-3738 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | lknight@spencerfane.com |
| Secondary E-mail Address: | Lindajknight1@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | J. Kirby McDonough |
| Law Firm Name: | Spencer Fane LLP |
| Address: | 201 N. Franklin Street, Suite 2150 |
| City: | Tampa      State: FL    Zip: 33602 |
| Phone Number w/Area Code: | (813) 424-3501      Bar #: 275705 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 27, 2022

_____
JUDGE, U.S. DISTRICT COURT