|||
|---|---|
| 1  | SPENCER FANE LLP |
| 2  | J. Kirby McDonough, |
|    | California Bar No. 275705 |
| 3  | 201 N. Franklin St., Suite 2150 |
|    | Tampa, FL 33602 |
| 4  | Telephone: 813-424-3501 |
|    | kmcdonough@spencerfane.com |
| 5  | *Attorneys for Defendant* |
| 6  | *Rocket Mortgage, LLC* |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HICKCOX, | |
| Plaintiff, | **Case No. 2:22-CV-00437-TLN-KJN** |
| v. | **ORDER ON MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT** |
| ROCKET MORTGAGE, LLC, | |
| Defendant | **Current Response date: March 27, 2023** |
| | **New Response date: April 6, 2023** |

Pursuant to the motion filed as ECF No. 35, Defendant Rocket Mortgage, LLC is granted an extension to respond to Plaintiff's Motion for Partial Summary Judgment, and to file its Cross-Motion for Summary Judgment up to and including April 6, 2023.

**IT IS SO ORDERED**.

1  Dated: March 24, 2023

2  Troy L. Nunley
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

- 2 -

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTEND TIME TO FILE CROSS MOTION FOR SUMMARY JUDGMENT