J. Kirby McDonough
SPENCER FANE LLP
California Bar No. 275705
201 N. Franklin St., Suite 2150
Tampa, FL 33602
Telephone: 813-424-3501
kmcdonough@spencerfane.com

*Attorney for Defendant*
*Rocket Mortgage, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HICKCOX,<br><br>                    Plaintiff,<br><br>v.<br><br>ROCKET MORTGAGE, LLC,<br><br>                    Defendant | **Case No. 2:22-CV-00437-TLN-KJN**<br><br>**DEFENDANT'S NOTICE OF MOTION AND COUNTER-MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE: JUNE 1, 2023**<br>**TIME: 2:00 P.M.**<br>**COURT: HON. TROY L. NUNLEY, COURTROOM 2** |

PLEASE TAKE NOTICE THAT on June 1, 2023 at 2:00 p.m. in the United States District Court Eastern District of California, 501 I Street, #4200, Sacramento, California, Courtroom 2, Defendant, Rocket Mortgage, LLC will move the Court pursuant to Federal Rule of Civil Procedure 56 for its order granting its cross motion for summary judgment as follows:

- Defendant, Rocket Mortgage LLC, is not liable for Plaintiff, Nicole Hickcox's First Cause of Action for violation of 12 USC §2605(f), (g), (k) and California Financial Code §50505;
- Defendant, Rocket Mortgage LLC, is not liable as a matter of law pursuant Plaintiff, Nicole Hickcox's Second Cause of Action, Breach of Fiduciary.

The motion is based on this notice of motion, the accompanying Statement of Undisputed Facts, Index of Evidence, Declaration of Counsel, Memorandum of Points and Authorities, the Court's file in this matter, and any additional evidence as may be introduced at the hearing of this motion.

DATED this 6th day of April, 2023.

**SPENCER FANE LLP**

*/s/ J. Kirby McDonough*
J. Kirby McDonough
California Bar No. 275705
201 N. Franklin St., Suite 2150
Tampa, FL 33602
Telephone: 813-424-3501
kmcdonough@spencerfane.com

*Attorney for Defendant*
*Rocket Mortgage, LLC*

PH 1682828.1

## CERTIFICATE OF SERVICE

I certify that on April 6, 2023, I caused a true and accurate copy of the foregoing **DEFENDANT'S NOTICE OF MOTION AND COUNTER MOTION FOR SUMMARY JUDGMENT** to be served on all counsel of record through email.

*/s/ J. Kirby McDonough*

PH 1682828.1