J. Kirby McDonough
SPENCER FANE LLP
California Bar No. 275705
201 N. Franklin St., Suite 2150
Tampa, FL 33602
Telephone: 813-424-3501
kmcdonough@spencerfane.com

*Attorney for Defendant*
*Rocket Mortgage, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE HICKCOX, <br><br> Plaintiff, <br><br> v. <br><br> ROCKET MORTGAGE, LLC, <br><br> Defendant | **Case No. 2:22-CV-00437-TLN-KJN** <br><br> **DECLARATION OF J. KIRBY MCDONOUGH IN SUPPORT OF DEFENDANT ROCKET MORTGAGE, LLC'S COUNTER-MOTION FOR SUMMARY JUDGMENT** <br><br> **MSJ HEARING:** <br> **DATE: JUNE 1, 2023** <br> **TIME: 2:00 P.M.** <br> **COURT: HON. TROY L. NUNLEY, COURTROOM 2** |

I, J. Kirby McDonough, declare under penalty of perjury as follows:

1.    I am an attorney licensed to practice before this Court, and counsel for the Defendant, Rocket Mortgage LLC.  If called to testify, I could and would do so competently and under oath as follows:

2.    For the convenience of the Court, Defendant, Rocket Mortgage LLC has separately submitted her evidence in support of its Cross Motion for Summary Judgment, and in support of its Statement of Undisputed Facts. Issues of authenticity and admissibility as to the following exhibits are below.

3.    Exhibit A is a true and correct copy of Declaration of Sadaiah Wourman dated 04/06/2023.

4.    Exhibit B is a true and correct copy of the Deposition of Patricia Wilburn dated 12/30/2022.

5.    Exhibit C is a true and correct copy of the CFP Application dated 07/26/2019 that I received through discovery.

6.    Exhibit D is a true and correct copy of the Deposition of Justin Pierce dated 12/08/2022.

7.    Exhibit E is a true and correct copy of the Change of Mortgagee Clause dated 08/22/2019 that I received through discovery.

8.    Exhibit F is a true and correct copy of the Deposition of Greg Fedler dated 01/09/2023.

9.    Exhibit G is a true and correct copy of the email correspondence between Hickcox and AAA dated 04/28/2020 that I received through discovery.

10.    Exhibit H is a true and correct copy of the Denial Letter from CSAA dated 04/27/2020 that I received through discovery.

J. KIRBY MCDONOUGH'S DECLARATION ISO
ROCKET MORTGAGE 'S CROSS MOTION FOR SUMMARY JUDGMENT

PH 1682218.1

11.    Exhibit I is a true and correct copy of the email voice mail from Hickcox to Wilburn dated 03/28/2020 that I received through discovery.

12.    Exhibit J is a true and correct copy of the Weather Article from Mountain Democrat dated 03/18/2020 that was reviewed through the Mountain Democrats online archives.

13.    Exhibit K is a true and correct copy of the Deposition of Christine Bender dated 01/09/2023.

14.    Exhibit L is a true and correct copy of the Assurant Notice of Claim dated 07/11/2020 that I received through discovery.

15.    Exhibit M is a true and correct copy of the ASIC Adjuster's Report dated 08/24/2020 that I received through discovery.

16.    Exhibit N is a true and correct copy of the ASIC Claim Information Notice dated 10/29/2020 that I received through discovery.

17.    Exhibit O is a true and correct copy of the Fair Plan Lexis Notes Showing Rejected Correspondence dated 10/05/2021 that I received through discovery.

18.    Exhibit P is a true and correct copy of the Notice of Cancellation Fair Plan dated 10/01/2021 that I received through discovery.

19.    Exhibit Q is a true and correct copy of the Notice from California Fair Plan dated 09/21/2021 that I received through discovery.

20.    Exhibit R is a true and correct copy of Email communication between Plaintiff and AAA dated February 22, 2022, that I received through discovery.

21.    Exhibit S is a true and correct copy of a Claim acknowledgment letter dated July 11, 2020, that I received through discovery.

22.    Exhibit T is a true and cored copy of a loss notice dated July 10, 2020, that I received through discovery.

J. KIRBY MCDONOUGH'S DECLARATION ISO
ROCKET MORTGAGE 'S CROSS MOTION FOR SUMMARY JUDGMENT

PH 1682218.1

23. Exhibit U is a true and correct copy of the California Fair Plan declaration that I received through discovery.

24. Exhibit V is a true and correct copy of the California Fair Plan Dwelling Property Policy that I received through discovery.

DATED this 6th day of April, 2023.

**SPENCER FANE LLP**

*/s/  J. Kirby McDonough*
J. Kirby McDonough
California Bar No. 275705
201 N. Franklin St., Suite 2150
Tampa, FL 33602
Telephone: 813-424-3501
kmcdonough@spencerfane.com

*Attorney for Defendant*
*Rocket Mortgage, LLC*

– 4 –
J. KIRBY MCDONOUGH'S DECLARATION ISO
ROCKET MORTGAGE 'S CROSS MOTION FOR SUMMARY JUDGMENT

PH 1682218.1