J. Kirby McDonough
SPENCER FANE LLP
California Bar No. 275705
201 N. Franklin St., Suite 2150
Tampa, FL 33602
Telephone: 813-424-3501
kmcdonough@spencerfane.com

*Attorney for Defendant*
*Rocket Mortgage, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLE HICKCOX,

      Plaintiff,

v.

ROCKET MORTGAGE, LLC,

      Defendant

**Case No. 2:22-CV-00437-TLN-KJN**

**[PROPOSED] ORDER: DEFENDANT ROCKET MORTGAGE, LLC'S NOTICE OF MOTION AND COUNTER - MOTION FOR SUMMARY JUDGMENT**

**MSJ HEARING:**
**DATE: APRIL 20, 2023**
**TIME: 2:00 P.M.**
**COURT: HON. TROY L. NUNLEY, COURTROOM 2**

On _____, 2023 at _____ p.m., Defendant, Rocket Mortgage, LLC's ("Rocket Mortgage") Cross Motion for Summary Judgment came for a hearing before the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Rocket Mortgage's Counter-Motion for Summary Judgment is GRANTED, as follows:

1.     Rocket Mortgage is not liable to Plaintiff because Hickcox lacks Article III standing, and the Court lacks subject matter jurisdiction;

2.     Further, Plaintiff failed to establish damages that derived from a RESPA violation, and therefore Plaintiff's claims fail as a matter of law.

3.     Because the RESPA claim fails, so does the claim for CA Fin. Code. §50505

4.     Plaintiff failed to establish a breach of fiduciary duty because Plaintiff did not suffer damages from Rocket Mortgage's breach of any duty.

**IT IS SO ORDERED.**

DATED _____

_____
Hon. Troy L. Nunley
Judge of the United States District Court

– 2 –
PROPOSED ORDER

PH 1682213.1