1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     NICOLE HICKCOX,                              No.  2:22-cv-437-TLN-KJN

12                   Plaintiff,                     ORDER

13            v.                                    (ECF Nos. 43, 44.)

14     ROCKET MORTGAGE, LLC,

15                   Defendant.

16

17          On August 15, 2023, the court held an informal telephonic conference regarding the

18   parties' discovery dispute.  (ECF Nos. 43-44.)  For the reasons stated at the hearing, IT IS

19   HEREBY ORDERED that:

20       1.  Defendant's non-retained expert Mr. Simpson shall sit for plaintiff's deposition at a

21           mutually agreed location within 60 days of this order.  This date may be extended by

22           agreement of the parties if Mr. Simpson presents a compelling reason for not being

23           available within this timeframe.  Plaintiff shall compensate Mr. Simpson for his time

24           actually at the deposition at a rate of $250/hour.

25       2.  Defendant shall serve this order on both Mr. Simpson and his former employer (the third

26           party hired by defendant's insurer).

27   Dated:  August 16, 2023

hick.437

28

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE