UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE HICKCOX,<br><br>        Plaintiff,<br><br>v.<br><br>ROCKET MORTGAGE, LLC.,<br><br>        Defendant. | Case No.   2:22-cv-00437-TLN-CSK<br><br>**CIVIL JURY TRIAL MINUTES**<br><br>Date:              November 6, 2025<br>Deputy Clerk:   Michele Krueger<br>Court Reporter: Jennifer Coulthard |

**Appearances for Plaintiff:**          **Appearance for Defendant:**

Edward Kerley, Frank Kennamer, and          Kenneth White
Dylan Schaffer

Proceedings: Jury Trial (Day 2) – Evidence Entered

1:48   The Court reconvened with all parties and jurors present.   Plaintiff continued with direct examination of **Robert Bresee** by Mr. Kerley.

1:55   Cross-examination of Mr. Burch by White.

2:10   Re-cross of Mr. Burch.

2:16   The witness was excused. Plaintiff called witness/Plaintiff **Nicole Hickcox**, sworn and testified on direct by Mr. Kennamer.

3:00   The jurors were admonished and excused for an afternoon break. The Court remained in session outside the presence of the jury and conferred with Counsel regarding Plaintiff's Motion for Reconsideration (ECF No. 152).   For the reasons stated on the record, the motion was denied.

3:20   Court in recess.

3:35   The Court reconvened with all parties and jurors present. Continued with direct examination of Ms. Hickcox.

3:36   Cross-examination of Ms. Hickcox by Mr. White.

4:08   Re-direct of Ms. Hickcox.

4:09   The witness was excused. Plaintiff called witness **Calvin Lech**, sworn and testified on direct by Mr. Schaffer.

4:33   Cross-examination of Mr. Lech by Mr. White.

4:37   Re-direct of Mr. Lech.

4:39   The witness was excused, and subject to recall in the Defendant's case in chief.

4:40   Plaintiff rested. The jurors were admonished and excused for the day.

4:41   Defendant moved for Judgment as a Matter of Law under Rule 50.   The Court heard oral arguments on the motion, and the motion was submitted.

4:57   Court adjourned until 9:00 a.m. on Friday, November 7, 2025.

**Plaintiff's Exhibits Admitted:** 2, 3, 4, 5, 6, 7, 8, 10, 13

**Defendant's Exhibits Admitted:** C (page 1), DD (page 3), LL, KK