UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

NOV 07 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

NICOLE HICKCOX,

       Plaintiff,

       v.

ROCKET MORTGAGE, LLC.,

       Defendant.

CASE NO:  2:22-cv-00437-TLN-CSK

## NOTE FROM THE JURY

Date: _____11/7/25_____

Time: _____1624_____

**THE JURY HAS REACHED A UNANIMOUS VERDICT** _____

**THE JURY REQUESTS THE FOLLOWING:**

① Do all four points of instruction 17 Have to be proved in order to answer yes on question 2 of the verdict form? OR Can Instruction 17 Paragraph 1 and paragraph 2 be considered separately?

② Did the California fair Plan notify any party of the lapse in payment and if so who and when?

Dated: _____11/7/25_____          Presiding Juror ██████████