UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

NOV 1 0 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

NICOLE HICKCOX,

    Plaintiff,

    v.

ROCKET MORTGAGE, LLC.,

    Defendant.

CASE NO:   2:22-cv-00437-TLN-CSK

### NOTE FROM THE JURY

Date: _11/10/25_

Time: _0913_

**THE JURY HAS REACHED A UNANIMOUS VERDICT** _____

**THE JURY REQUESTS THE FOLLOWING:**

Request the transcript of plaintiff questioning of Calvin Lech. – Thursday's testimony.

Dated: _11/10/25_     Presiding Juror ▮▮▮▮▮▮▮▮▮