**FILED**

NOV 1 0 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NICOLE HICKCOX, an individual,

Plaintiff,

v.

ROCKET MORTGAGE, LLC, a Michigan Limited Liability Corporation,

Defendant.

No. 2:22-cv-00437-TLN-KJN

# VERDICT FORM

We, the jury, return the following verdict on the questions submitted to us based on the preponderance of the evidence:

1.  Was the most important cause of the damage to Plaintiff Nicole Hickcox's deck: *wind* or *weight of snow*?

    Wind __X__          Weight of Snow _____

2.  Did Defendant Rocket Mortgage, LLC breach its fiduciary duty to Plaintiff Nicole Hickcox by failing to pay the premium for her California FAIR Plan policy?

    YES _____          NO __X__

*If your answer to Question No. 1 is "weight of snow" and your answer to Question No. 2 is "no," then stop here and have the foreperson sign below and return this form to the deputy clerk. Otherwise, continue to the next question.*

3.  What, if any, are Plaintiff Nicole Hickcox's damages caused by Defendant Rocket Mortgage's failure to pay the premium for her California FAIR Plan policy?

    For property repairs:   $ 137,196.67

    To replace contents:   $ 10,000.00

4.  What, if any, prejudgment interest on economic damages do you award to Plaintiff Nicole Hickcox?

    Prejudgment interest:  $ 42,319.04

*If your answer to Question No. 2 was "yes," continue to the next question.*
*If your answer to Question No. 2 was "no," stop here and have the foreperson sign below and return this form to the deputy clerk.*

5.  Did any employee or agent of Defendant Rocket Mortgage, LLC act with malice, oppression, or fraud?

    YES _____          NO _____

*If your answer to Question No. 5 was "yes," continue to the next question.*
*If your answer to Question No. 5 was "no," stop here and have the foreperson sign below and return this form to the deputy clerk.*

6. Did one or more officers, directors, or managing agents of Defendant Rocket Mortgage, LLC authorize this conduct?

YES _____          NO _____

7. Did one or more officers, directors, or managing agents of Defendant Rocket Mortgage, LLC know of this conduct and adopt or approve it after it occurred?

YES _____          NO _____

*If your answer to either Questions No. 6 or 7 was "yes," continue to the next question.*
*If your answer to both Questions No. 6 and 7 was "no," stop here and have the foreperson sign below and return this form to the deputy clerk.*

8. What amount of punitive damages, if any, do you award Plaintiff Nicole Hickcox?

$ _____

SIGNED: ████████████████████

DATED: _____11/10/25_____