BROWN WHITE & OSBORN LLP
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HICKCOX, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROCKET MORTGAGE, LLC, a Michigan Limited Liability Corporation, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:22-CV-00437-TLN-KJN<br><br>Judge:   Hon. Troy L. Nunley<br><br>**ORDER ON STIPULATION RE: BRIEFING ON MOTION FOR ATTORNEY FEES** |

Upon the Stipulation of the Parties, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. Plaintiff will file her motion by December 11, 2025;
2. Defendant will file its opposition by January 8, 2026;
3. Plaintiff will file her reply by January 29, 2026.
4. Plaintiff will notice the motion for February 19, 2026, a date listed as available on the Court's web page, with the parties' understanding that the Court may reschedule the hearing for another date.

IT IS SO ORDERED.

DATED: December 10, 2025

_____
Troy L. Nunley
Chief United States District Judge